IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DENNIS DUANE DESHAW, ET AL. | ) ) | CV 15-00118 ACK-BMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITIBANK, N.A., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 3, 2016  and

served on all parties on March 4, 2016, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DISMISS," docket entry no. 46, are adopted as

the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 21, 2016.



Alan C. Kay
Sr. United States District Judge